**Kenneth TRIVETT, Plaintiff–
Appellant,**

v.

**Corrections Officer DIAZ; United
States of America, Defendants–
Appellees.**

**No. 10–6936.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 20, 2011.

Decided: Feb. 14, 2011.

Kenneth Trivett, Appellant Pro Se. Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Trivett appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Trivett v. Diaz*, No. 5:08–ct–03103–D, 2010 WL 2572780 (E.D.N.C. June 24, 2010). We deny the motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*